IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CINCINNATI INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:12cv680-MHT (WO) |
| JUDSON TRUSS COMPANY, INC., | ) ) ) | |
| Defendant. | ) | |

**JUDGMENT**

Defendant Judson Truss Company, Inc.'s having filed a petition in bankruptcy (doc. no. 22) and by agreement of the parties made on the record on October 15, 2014, it is the ORDER, JUDGMENT, and DECREE of the court:

1. That all claims in this case against Judson Truss Company, Inc. are dismissed without prejudice to the right of any party to petition to reinstate this action to pursue any claim embraced herein not adjudicated in or discharged by proceedings in the bankruptcy court;

2. That such reinstatement, if and when allowed, will cause the filing date of any claims so reinstated to relate back to the original filing date of this action;

3. That any petition for reinstatement must be filed by a party within 60 days after the bankruptcy court has taken such action that entitles the party to seek reinstatement;

4. That each party shall bear its own costs herein; and

5. That this case is closed.

The clerk of court is DIRECTED to mail a copy of this order to the United States Bankruptcy Court for the Middle District of Alabama.

DONE this the 16th day of October, 2014.

    /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE